# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 179 WAL 2023

          Respondent        :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

         v.                      :

MATTHEW JAMES VASQUEZ,           :

          Petitioner           :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 12th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.

     Justice McCaffery did not participate in the consideration of this matter.